Petition for Writ of Mandamus
Denied and Memorandum Opinion filed August 25, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00717-CR

____________

 

IN RE KEEPER RAY HUDSON, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

338th District Court

Harris County, Texas 

Trial Court Cause No. 906051

 

 

 



M E M O R
A N D U M   O P I N I O N

            On August 22, 2011, relator filed a writ of quo warranto in
this court.  See Tex. R. App. P. 52.  Relator complains the Honorable Ogden
Bass was not qualified to be appointed to, and there is no order appointing him
to, the 174th District Court of Harris County, Texas.

A writ of quo warranto is an extraordinary remedy used to determine
disputed questions about the proper person entitled to hold a public office and
exercise its functions, or to question the existence of a public corporation or
district and its right to act. State ex rel. Angelini v. Hardberger, 932
S.W.2d 489, 490 (Tex.1996).  Our writ power is limited to issuing writs of
mandamus and all other writs necessary to enforce our jurisdiction, which does
not include a writ of quo warranto. See
Tex. Gov't Code Ann. § 22.221(a) (West 2004).  “Jurisdiction under section 22.221(a) to issue writs
is limited to cases in which the court has actual jurisdiction of a pending
proceeding.” Lesikar v. Anthony, 750 S.W.2d 338, 339 (Tex.App.-Houston
[1st Dist.] 1988, orig. proceeding).  We do not have jurisdiction over a
pending proceeding in this case.

Accordingly, we dismiss relator's petition for writ of quo warranto for lack of jurisdiction. Tex. R. App. P. 52.8(a).

 

 

                                                                        PER
CURIAM

 








Panel
consists of Justices Brown, Boyce, and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b).